IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARIA PONCE | : | CIVIL ACTION |
| | : | |
| v. | : | No. 09-3843 |
| | : | |
| MICHAEL J. ASTRUE | : | |
| *COMMISSIONER OF SOCIAL SECURITY* | : | |

### ORDER

AND NOW, this 29th day of November, 2012, upon consideration of Plaintiff's Request for Review, Defendant's response thereto, and Plaintiff's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge L. Felipe Restrepo, the Commissioner's Objections thereto, and Plaintiff's reply, it is ORDERED:

1. The Commissioner's Objections are OVERRULED;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. Plaintiff's Request for Review is GRANTED; and

4. This case is REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez,  J.